UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20405-RKA

UNITED STATES OF AMERICA

v.

ILDEMAR JOSE CHIRINOS-TORRES,
BRIANN RICARDO HERNANDEZ-CASTILLO,
LARRY JUNIOR MENDEZ-RUIZ,
ALEJANDRO MOISES, and
RAYNNER JORLAND PACHECO-SANDOVAL,

      **Defendants.**
_____/

## GOVERNMENT'S EXHIBIT LIST

The United States of America hereby submits the attached Exhibit List for the sentencing hearing scheduled to take place on November 3, 2025.

                Respectfully submitted,

                JASON REDING QUIÑONES
                United States Attorney

      By:    */s Altanese Phenelus*
              Altanese Phenelus
              Assistant United States Attorney
              FL Bar No. 112693
              99 N.E. 4th Street
              Miami, FL 33132
              (305) 961-9375
              Altanese.Phenelus@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20405-RKA

UNITED STATES OF AMERICA

v.

ILDEMAR JOSE CHIRINOS-TORRES,
BRIANN RICARDO HERNANDEZ-CASTILLO,
LARRY JUNIOR MENDEZ-RUIZ,
ALEJANDRO MOISES, and
RAYNNER JORLAND PACHECO-SANDOVAL,

      Defendants.
_____/

**EXHIBIT LIST**

| Presiding Judge:<br>The Honorable Roy K. Altman | AUSA:<br>Altanese Phenelus | Defendant Hernandez-Castillo's Attorney:<br>James Swetz<br><br>Defendant Mendez-Ruiz's Attorney:<br>Marissel Descalzo<br><br>Defendant Moises' Attorney:<br>Joseph Rosenbaum<br><br>Defendant Pacheco-Sandoval's Attorney:<br>Gennaro Cariglio, Jr. |
|---|---|---|
| USA No. | Def. No. | Date Offered | Date Admitted | | | |

| Exhibit No. | | | | | Description of Exhibit | |
|---|---|---|---|---|---|---|
| 1. | | | | | Audemars Piguet Appraisal | |
| 2. | | | | | Victim Loss Affidavit and Impact Statement | |

2

| Presiding Judge:<br>The Honorable Roy K. Altman | | | | | AUSA:<br>Altanese Phenelus | Defendant Hernandez-Castillo's Attorney:<br>James Swetz<br><br>Defendant Mendez-Ruiz's Attorney:<br>Marissel Descalzo<br><br>Defendant Moises' Attorney:<br>Joseph Rosenbaum<br><br>Defendant Pacheco-Sandoval's Attorney:<br>Gennaro Cariglio, Jr. |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date Admitted | | | |
| 2a. | | | | | Victim Supplemental Loss Affidavit | |
| 3. | | | | | Audemars Piguet Box 1 | |
| 4. | | | | | Audemars Piguet Box 2 | |
| 5. | | | | | Audemars Piguet Warranty 1 | |
| 6. | | | | | Audemars Piguet Warranty 2 | |
| 7. | | | | | Audemars Piguet Warranty Book | |
| 8. | | | | | Victim with Audemars Piguet Watch | |
| 9. | | | | | Audemars Piguet Watch on Victim's Wrist | |
| 10. | | | | | Audemars Piguet Watch | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on October 31, 2025.

                                                     */s/ Altanese Phenelus*
                                                     Altanese Phenelus
                                                     Assistant United States Attorney